954 F. Supp. 263

E. I. DUPONT DE NEMOURS & CO., INC., ICI AMERICAS, INC., AND HOECHST CELANESE CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND SKC LTD., SKC AMERICA, INC., AND CHEIL SYNTHETICS, INC., DEFENDANT-INTERVENORS

Court No. 91–07–00487

(Dated February 5, 1997)

## JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the Consent Motion of SKC Limited and SKC America, Inc. for Affirmance of Redetermination on Remand, and all pleadings, papers and proceedings herein, it is hereby

ORDERED that said motion be, and the same hereby is, granted; and it is further

ORDERED that the U.S. Department of Commerce's remand determination dated May 20, 1996 is affirmed; and it is further

ORDERED that Final Judgment in this action is entered accordingly.